RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
KENNETH W. MATTSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **No. CR. 25-00126-CRB** |
| Plaintiff, | |
| vs. | **RESPONSE TO NOTICE OF RELATED CASE** |
| | _____ |
| KENNETH W. MATTSON | |
| Defendant. | |
| _____ / | |

Pursuant to Local Criminal Rule 8-1(d), Defendant Kenneth W. Mattson, by and through his counsel of record Randy Sue Pollock, has no objection to the notice filed by the government and the specific issues raised in Rule 8-1(b) and (c).

Date: May 25, 2025                    /s/_____
                                       RANDY SUE POLLOCK
                                       Counsel for Defendant Kenneth Mattson