# EXHIBIT A



Entered on Docket
April 14, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes the order of the Court.
Signed: April 14, 2025

*Charles Novack*
Charles Novack
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re:

KENNETH W. MATTSON,

Debtor.

Case No. 24-10714 CN
Chapter 11

**ORDER CONTINUING HEARING ON PETITIONING CREDITORS' MOTION FOR PRESERVATION ORDER**

On April 11, 2025, the court conducted a hearing on Petitioning Creditors' Motion for Preservation Order (the "Motion'). Appearances were stated on the record. The court having found that there are grounds to issue an order pursuant to 11 U.S.C. § 303(f),

**IT IS HEREBY ORDERED** that:

1. Kenneth W. Mattson ("Mattson") is prohibited from selling, transferring or encumbering any real property in which he has an interest.

2. Mattson is prohibited from selling, transferring or encumbering any personal property in excess of $15,000.

3. This order shall be effective through April 18, 2025, at 11:00 a.m.

4. The hearing on the Motion is continued to **April 18, 2025 at 11:00 a.m.**, via Tele/Conference and in courtroom 215 of the United States Bankruptcy Court, 1300 Clay Street, Oakland, California.

5. The parties shall meet and confer in an attempt to resolve the Motion.

***END OF ORDER***

Case No. 24-10714 CN

## COURT SERVICE LIST

**Kenneth W. Mattson**
P.O. Box 5490
Vacaville, CA 95696

Other recipients are ECF participants.