# EXHIBIT C

5/23/25
12:30pm

Envelope (i)
1680

Envelope (ii)
5724

Envelope (iii)
1700

Total
9104

RENT FOR MAY - 2025.

$2650 - @ -