United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

    v.

KENNETH W. MATTSON,

        Defendant.

Case No. 25-cr-00126-CRB-1

**ORDER FOR RELEASE FROM UNITED STATES MARSHAL CUSTODY**

The defendant is ordered released from the custody of the United States Marshal pursuant to the terms of a bond.

**IT IS SO ORDERED.**

Dated: May 28, 2025

_____
ALEX G. TSE
United States Magistrate Judge

Rev. 08-2023