1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  CHRISTOFFER LEE (CABN 280360)
   NIKHIL BHAGAT (CABN 279892)
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7200
7      FAX: (415) 436-7234

8
   Attorneys for United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR25-00126 JST |
|---|---|
| Plaintiff, | ) STIPULATION TO SET STATUS CONFERENCE<br>) AND EXCLUDE TIME FROM JUNE 6, 2025 TO |
| v. | ) JUNE 20, 2025 AND [PROPOSED] ORDER |
| KENNETH W. MATTSON, | ) |
| Defendant. | ) |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Kenneth W. Mattson, that the Court set an initial status conference in the above matter for June 20, 2025 at 9:30 a.m., and that time be excluded under the Speedy Trial Act from June 6, 2025 through June 20, 2025.

Prior to the reassignment of this case to the Honorable Jon S. Tigar, time was previously excluded from May 28, 2025 through June 6, 2025 for effective preparation of counsel. ECF 20. The government has produced discovery and will continue to produce discovery in advance of the June 6, 2025 status conference. Counsel for the government and counsel for the defendant agree that time should be excluded under the Speedy Trial Act so that defense counsel may continue to prepare, including by reviewing the discovery, and thus the exclusion of time will allow for the effective

preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from June 6, 2025 through June 20, 2025 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv). The undersigned Assistant United States Attorneys certify that they have obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: June 9, 2025

/s/
CHRISTOFFER LEE
NIKHIL BHAGAT
Assistant United States Attorneys

DATED: June 9, 2025

/s/
RANDY SUE POLLOCK
Counsel for Defendant
Kenneth W. Mattson

## [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time from June 6, 2025 through June 20, 2025 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from June 6, 2025 through June 20, 2025 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from June 6, 2025 through June 20, 2025 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv). An initial status conference is SET for June 20, 2025 at 9:30 a.m.

IT IS SO ORDERED.

DATED: _____

_____
HON. JON S. TIGAR
United States District Judge

STIPULATION TO SET STATUS CONF. & EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR25-00126 JST