UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CRIMINAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 18 minutes |
| Date: | June 20, 2025 | | |
| Case No.: | **4:25-cr-00126-JST-1** | | |

**United States of America**　　v.　　**Kenneth W. Mattson**

　　　　　　　　　　　　　　　　　　　Defendant
　　　　　　　　　　　　　　　　　☒ Present
　　　　　　　　　　　　　　　　　☐ Not Present
　　　　　　　　　　　　　　　　　☐ In Custody

Christoffer Lee　　　　　　　　　　　Randy Sue Pollack; William Frentzen
U.S. Attorney　　　　　　　　　　　　(specially appearing)
　　　　　　　　　　　　　　　　　　Defense Counsel

Courtroom Deputy Clerk: Dianna Shoblo　　Court Reporter: Polly Wardlaw via zoom

## *PROCEEDINGS*

Status Conference – Held.

## *RESULT OF HEARING*

1. The Government provided the Court with an overview of case. Discovery has been produced and will continue to be produced.
2. Further Status Conference set for 08/22/2025 at 9:30 AM in Courtroom 6, 2nd floor, in Oakland.
3. The Defendant is ordered to be personally present at the next hearing date.
4. Time is excluded from 06/20/2025 to 08/22/2025 for effective preparation of counsel. The Government is to prepare a proposed order.