CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CHRISTOFFER LEE (CABN 280360)
NIKHIL BHAGAT (CABN 279892)

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR25-00126 JST |
|     Plaintiff, | STIPULATION TO EXCLUDE TIME FROM JUNE 20, 2025 TO AUGUST 22, 2025 AND [PROPOSED] ORDER |
|     v. | |
| KENNETH W. MATTSON, | |
|     Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Kenneth W. Mattson in the above matter that time be excluded under the Speedy Trial Act from June 20, 2025 through August 22, 2025.

For the reasons stated on the record during the June 20, 2025 initial status conference, which include the government's production of discovery and anticipated production of further discovery, counsel for the government and counsel for the defendant agree that time should be excluded under the Speedy Trial Act so that defense counsel may continue to prepare, including by reviewing the discovery, and thus the exclusion of time will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from June 20, 2025 through August 22, 2025 from computation under the Speedy Trial Act

outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A), (B)(iv).  The undersigned Assistant United States Attorneys certify that they have obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:  June 25, 2025

/s/
CHRISTOFFER LEE
NIKHIL BHAGAT
Assistant United States Attorneys

DATED: June 25, 2025

/s/
RANDY SUE POLLOCK
Counsel for Defendant
Kenneth W. Mattson

## [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time from June 20, 2025 through August 22, 2025 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from June 20, 2025 through August 22, 2025 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from June 20, 2025 through August 22, 2025 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: _____

_____
Hon. Jon S. Tigar
United States District Judge