# EXHIBIT C

RANDY SUE POLLOCK (CA SBN 64493)
rsp@rspollocklaw.com
LAW OFFICE OF RANDY SUE POLLOCK
286 Santa Clara Avenue,
Oakland, CA 94610-2624
Telephone:   510.763.9967
Facsimile:   510.380.6551

Attorney for Defendant
KENNETH W. MATTSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>KENNETH W. MATTSON,<br><br>         Defendant. | Case No. 4:25-cr-00126-JST<br><br>**DECLARATION OF KENNETH W. MATTSON IN SUPPORT OF DEFENDANT'S MOTION TO MODIFY PRE-TRIAL ASSET RESTRAINT**<br><br>Date:   July 18, 2025<br>Time:   2:00 p.m.<br>Judge:  Hon. Jon S. Tigar<br>Ctrm:   6 – 2nd Floor<br><br>Indictment Filed: May 13, 2025<br>Trial Date:       None set |

I, Kenneth W. Mattson, declare as follows:

1. I own or control residential properties at the following addresses:

    a. 62 Farragut Avenue, Piedmont, California 94610; and

    b. 1834-1836 Ocean Front, Del Mar, California 92014.

2. These two properties have an estimated, combined value of approximately $21 million.

3. Another residential property titled in my wife's name is located at 210 La Salle Avenue, Piedmont, California 94610.

4. The La Salle Avenue property has an estimated value of approximately $4 million.

5. I am not able to dispose of or otherwise control assets held by KS Mattson Partners LP ("KSMP") because KSMP is currently in bankruptcy proceedings.

6. I understand that KSMP is controlled by Robbin L. Itkin, a court-appointed independent director and Responsible Individual.

7. I desire to have Randy Sue Pollock and William Frentzen represent me as my defense counsel during the course of these criminal proceedings and through trial.

8. At present, I have access only to assets of a nominal value to pay for counsel. These assets are insufficient to pay my chosen counsel through trial. I am unable to retain the counsel of my choice with the assets currently available to me.

9. I can only afford to hire counsel if I am able to sell one or more of the properties that I own or control or that my wife owns or controls. Lis pendens on the properties I own or control and the government's request to post a property as bail currently impair or prevent me from attempting to sell these properties.

10. As part of my release conditions, I am required to notify the Court within 24 hours of every transaction exceeding $5,000. I understand that this means I will need to notify the Court within 24 hours every time that I pay my attorneys.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: June 25, 2025

_____
Kenneth W. Mattson