RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile: (510) 380-6551
rsp@rspollocklaw.com

Counsel for Defendant
KENNETH MATTSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

KENNETH MATTSON,

Defendant.

**Case No. CR. 25-126-JST-AGT**

**STIPULATION TO MODIFY RELEASE BOND TO PERMIT OUT OF DISTRICT TRAVEL**

_____

Defendant KENNETH MATTSON, by and through his counsel of record Randy Sue Pollock, requests that Mr. Mattson's bond be modified to permit his travel to the Eastern District of California, specifically Fresno, from July 24-27, 2025.  Brad Wilson from the Office of Pretrial Services has no objection.  Mr. Mattson will provide his itinerary to Pretrial Services prior to the trip.

Date: July 19, 2025                 _____/s/_____
                                    RANDY SUE POLLOCK
                                    Counsel for Defendant KENNETH MATTSON

_Stipulation and Proposed Order to Extend Date to File Reply Brief_
_United States v. Mattson, CR. 25-126-JST_

Date: July 19, 2025                                   _____/s/_____
                                                      CHRISTOFFER LEE
                                                      NIKHIL BHAGAT
                                                      Assistant United States Attorneys

PURSUANT TO STIPULATION OF THE PARTIES IT IS
SO ORDERED:

Date: July 23 , 2025                                  _____
                                                      HONORABLE ALEX G. TSE

*Stipulation and Proposed Order to Extend Date to File Reply Brief*
*United States v. Mattson, CR. 25-126-JST*