CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

NIKHIL BHAGAT (CABN 279892)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7193
    FAX: (415) 436-6982
    nikhil.bhagat@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KENNETH W. MATTSON,<br><br>    Defendant. | Case No. 4:25-CR-126 JST<br><br>**NOTICE OF FILING OF VICTIM STATEMENTS WITH RESPECT TO DEFENDANT'S MOTION TO AMEND CONDITIONS OF RELEASE**<br><br>Hearing Date: January 9, 2026<br>Hearing Time: 09:30 a.m.<br>Before: Hon. Jon S. Tigar |

The Crime Victims' Rights Act provides victims the right to be reasonably heard at any public proceeding in the district court involving release. 18 U.S.C. § 3771(a)(4). *See also* ECF No. 152 at 14 (explaining victims' rights to be heard under CVRA). Consistent with that right, the United States respectfully submits the attached victim statements for the Court's consideration in advance of the hearing currently scheduled for January 9, 2026. *See* Attachment A.

The United States also respectfully seeks leave to supplement this filing with any additional statements it receives prior to the hearing.[1]

DATED: January 5, 2026                                      Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Nikhil Bhagat*

NIKHIL BHAGAT
Assistant United States Attorney

---

[1] As of this writing, two victims have indicated their desire to address the Court at the January 9, 2026 hearing. *See* ECF No. 152 at 14 & n.5 (describing victims' rights to address Court at a hearing of this type).