CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

NIKHIL BHAGAT (CABN 279892)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7193
    FAX: (415) 436-6982
    nikhil.bhagat@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:25-CR-00126 JST |
| Plaintiff, | **NOTICE OF MANUAL FILING UNDER SEAL** |
| v. | |
| KENNETH W. MATTSON, | |
| Defendant. | |

**REGARDING: EXHIBIT A TO NOTICE OF FILING OF VICTIM STATEMENTS WITH RESPECT TO DEFENDANT'S MOTION TO AMEND CONDITIONS OF RELEASE**

    This filing is in electronic form only and is being maintained in the case file in the Clerk's office.

    If you are a participant in this case, this filing will be served via electronic mail shortly.

    For information on retrieving this filing directly from the court, please see the court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

    This filing was not e-filed for the following reason(s):

    ___ Voluminous Document (PDF file size larger than efiling system allowances)

    ___ Unable to Scan Documents

1     ___ Physical Object (description)

2     ___ Non-Graphical/Textual Computer File (audio, video, etc.) on CD or other media

3     _X_ Item Under Seal

4     ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

5     ___ Other (description):

6

7 Dated: January 5, 2026                        Respectfully submitted,

8                                                CRAIG H. MISSAKIAN
9                                                United States Attorney

10                                              */s/ Nikhil Bhagat*
                                               NIKHIL BHAGAT
11                                                Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF UNDER SEAL FILING
4:25-CR-00126 JST