CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CABN 226995)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7303
FAX: (415) 436-7234
David.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH MATTSON,<br><br>Defendant. | CASE NO. 25-CR-0126 JST<br><br>RECORDED NOTICE OF RELEASE OF LIS PENDENS AS TO REAL PROPERTY AND IMPROVEMENTS LOCATED AT 62 FARRAGUT AVENUE, #A PIEDMONT, CALIFORNIA 94610 (**APN: 051-4786-007**) |

The United States hereby submits the attached Recorded Notice of Release of Lis Pendens as to Real Property and Improvements located at 62 Farragut Avenue, #A, Piedmont, California 94610 (APN: 051-4786-007).

Dated: June 2, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney
_______/S/_________________
DAVID B. COUNTRYMAN
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- Recorded Notice of Release of Lis Pendens as to Real Property and Improvements located at 62 Farragut Avenue, #A, Piedmont, California 94610

to be served this date via United States certified mail and first-class mail delivery upon the person(s) below at the place(s) and address(es) which is the last known address(es):

| | |
|---|---|
| Erin N. Brady<br>Hogan Lovells US LLP<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067 | Randy Sue Pollock<br>286 Santa Clara Avenue<br>Oakland, CA 94610<br>Attorney for Kenneth Mattson |
| Axos Bank<br>4350 La Jolla Village Drive, Suite 100<br>San Diego, CA 92112 | K.S. Mattson Partners, LP<br>Kenneth W. Mattson<br>131 Wykoff Drive<br>Vacaville, CA 95688 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 2nd day of June, 2026 at San Francisco, California

_______/S/_____________
CAROLYN JUSAY
FSA Paralegal
Asset Forfeiture Unit

| | |
|---|---|
| **RECORDING REQUESTED BY:**<br><br>UNITED STATES ATTORNEY'S OFFICE<br><br>**WHEN RECORDED PLEASE MAIL TO:**<br>AUSA DAVID B. COUNTRYMAN<br>UNITED STATES ATTORNEY'S OFFICE<br>450 GOLDEN GATE AVENUE, BOX 36055<br>SAN FRANCISCO, CA 94102<br>ATTN: ASSET FORFEITURE UNIT<br><br>(DOCUMENT WILL ONLY BE RETURNED TO NAME & ADDRESS ABOVE) | 2026072156 06/02/2026 09:28 AM 3 PGS<br>OFFICIAL RECORDS OF ALAMEDA COUNTY<br>MELISSA WILK, CLERK-RECORDER<br>RECORDING FEES: $95.00<br><br>**ELECTRONICALLY RECORDED** |

(SPACE ABOVE FOR RECORDER'S USE)

NOTICE OF LIS PENDENS AS TO REAL PROPERTY AND IMPROVEMENTS LOCATED AT 62 FARRAGUT AVENUE, #A PIEDMONT, CALIFORNIA 94610
APN: 051-4786-007

**(DOCUMENT TITLE)**

SEPARATE PAGE, PURSUANT TO CA. GOV'T. CODE 27361.6

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7303
FAX: (415) 436-7234
Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH MATTSON,<br><br>Defendant. | CASE NO. CR 25-0126 JST<br><br>NOTICE OF RELEASE OF PENDENCY OF ACTION (LIS PENDENS) AS TO REAL PROPERTY AND IMPROVEMENTS LOCATED AT 62 FARRAGUT AVENUE, #A, PIEDMONT, CA 94610 **(APN 051-4786-007)** |

//

//

//

//

//

//

//

//

NOTICE IS HEREBY GIVEN that the United States of America releases its Notice of Lis Pendens previously recorded on May 23, 2025, Document Number 2025067539 of the official records of Alameda County Recorder's Office with respect to the Real Property and Improvements located at 62 Farragut Avenue, #A, Piedmont California 94610 **(APN 051-4786-007)**, further described as: Parcel A of Parcel Map 7471, filed July 30, 1999 in Map Book 246, Pages 16 and 17, Alameda County Records. Reserving therefrom an easement for private access and utility easement to be appurtenant to and for the benefit of Parcel C of Parcel Map 7471, over that portion of the premises lying within the area designated as "P.A. & U.E." as shown on said map.

The owner of record to the said real property is Kenneth W. Mattson.

DATED: 06/01/2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

DAVID B. COUNTRYMAN
Assistant United States Attorney

ALAN LEONG
Notary Public - California
San Francisco County
Commission # 2553203
My Comm. Expires May 19, 2030

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of San Francisco )ss.

On June 1, 2026 before me Alan Leong,

Notary Public, personally appeared David B. Countryman who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct. WITNESS my hand and official seal.