RANDY SUE POLLOCK (CA SBN 64493)
LAW OFFICES OF RANDY SUE POLLOCK
286 Santa Clara Avenue,
Oakland, CA 94610-2624
Telephone: 510.763.9967
Facsimile: 510.380.6551
rsp@rspollocklaw.com

Attorney for Defendant
KENNETH W. MATTSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KENNETH W. MATTSON,<br>Defendant. | **Case No. 4:25-cr-00126-JST**<br><br>**~~[PROPOSED]~~ ORDER CONTINUING TRIAL *AS MODIFIED*** |

GOOD CAUSE SHOWN, based on the motion brought by the defense and the appointment of Michael Shepard as co-counsel for Mr. Mattson, IT IS HEREBY ORDERED THAT jury trial is continued to May ~~3,~~ 17 2027.

Date: September 15, 2026

HON. JON S. TIGAR
United States District Judge