CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

NIKHIL BHAGAT (CABN 279892)
NOAH STERN (CABN 297476)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-6982
nikhil.bhagat@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH W. MATTSON,<br><br>Defendant. | NO. 4:25-CR-00126 JST<br><br>STIPULATION TO CONTINUE STATUS HEARING FROM OCTOBER 16, 2026 TO NOVEMBER 6, 2026 AND [PROPOSED] ORDER |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Kenneth W. Mattson in the above matter that the status hearing scheduled for October 16, 2026, at 9:30 a.m. be continued until November 6, 2026 at 9:30 a.m. and time be excluded between those dates.

The parties are continuing to meet and confer regarding a pretrial schedule, including working to agree upon dates for pretrial motions, disclosures (e.g., expert disclosures, and witness and exhibit lists),

///

and other pretrial filings. To the extent an agreement has not been reached in advance of November 6, the parties will be prepared to present any disputes regarding the pretrial schedule to the Court.

IT IS SO STIPULATED.

CRAIG H. MISSAKIAN
United States Attorney

DATED: October 14, 2026

/s/
NIKHIL BHAGAT
NOAH STERN
Assistant United States Attorneys

DATED: October 14, 2026

/s/
RANDY SUE POLLOCK
MICHAEL SHEPARD
Counsel for Defendant
Kenneth W. Mattson

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court continues the status conference currently scheduled for October 16, 2026 at 9:30 a.m. until November 6, 2026 at 9:30 a.m.

IT IS SO ORDERED.

DATED: ____________________

____________________________
HON. JON S. TIGAR
United States District Judge