MICHAEL J. SHEPARD (SBN: 91281)
**FARMER BROWNSTEIN JAEGER**
**GOLDSTEIN SIEGEL & SHEPARD LLP**
155 Montgomery Street, Suite 301
San Francisco, CA 94104
Telephone: (415) 738-6210
Facsimile: (415) 520-5678
mshepard@fbjgss.com

Attorney for Defendant
Kenneth W. Mattson

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH W. MATTSON,<br><br>Defendant. | Case No. 25-cr-00126-JST<br><br>**NOTICE OF APPEARANCE OF MICHAEL J. SHEPARD** |

TO THE COURT AND ALL COUNSEL OF RECORD:

I, Michael J. Shepard, of the law firm Farmer Brownstein Jaeger Goldstein Siegel & Shepard LLP, hereby enter my appearance in this action as one of the counsel for Defendant KENNETH W. MATTSON ("Defendant"). I am a member in good standing of the State Bar of California and am admitted to practice in the Northern District of California. My address, email address and telephone number are set forth below:

Michael J. Shepard, SBN: 91281
FARMER BROWNSTEIN JAEGER
GOLDSTEIN SIEGEL & SHEPARD LLP
155 Montgomery Street, Suite 301
San Francisco, CA 94104
Telephone: (415) 738-6210
Facsimile: (415) 520-5678

DATED: October 16, 2026

Respectfully Submitted,
**FARMER BROWNSTEIN JAEGER**
**GOLDSTEIN SIEGEL & SHEPARD LLP**

By: */s/ Michael J. Shepard*
Michael J. Shepard
Attorney for Defendant
Kenneth W. Mattson

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Northern District of California, by using the Court's CM/ECF system on October 16, 2026.

I hereby certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

*/s/ Michael J. Shepard*
Michael J. Shepard