UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL MINUTES*

Judge: Jon S. Tigar

Time in Court: 22 minutes

Date: November 6, 2026

Case No.: **4:25-cr-00126-JST-1**

**United States of America** v. **Kenneth W. Mattson**

Defendant
☑ Present
☐ Not Present
☐ In Custody

Nikhil Bhagat;
Noah Stern
U.S. Attorney/s

Randy Sue Pollock;
Michael Shepard
Defense Counsel

Courtroom Deputy Clerk: Dianna Shoblo

Court Reporter: Stephen Franklin via zoom

*PROCEEDINGS*

Status Conference – Held

*RESULT OF HEARING*

1. The Court heard the parties' arguments regarding the briefing schedules and deadlines/hearings. The Court takes the matter under submission.
2. Further Status Conference set for 01/22/2027 at 09:30 AM in Courtroom 5, 2nd floor, in Oakland.
3. Pretrial Conference set for 04/30/2027 at 2:00 PM in Courtroom 5, 2nd floor, in Oakland.