RANDY SUE POLLOCK (No. 64493)
**LAW OFFICES OF RANDY SUE POLLOCK**
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile: (510) 380-6551
rsp@rspollocklaw.com

MICHAEL J. SHEPARD (No. 91281)
**FARMER BROWNSTEIN JAEGER**
**GOLDSTEIN SIEGEL & SHEPARD LLP**
155 Montgomery Street, Suite 301
San Francisco, CA 94104
Telephone: (415) 962-2879
Facsimile: (415) 520-5678
mshepard@fbjgss.com

Attorneys for Defendant
KENNETH W. MATTSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KENNETH W. MATTSON<br>Defendant. | **Case No.:** 4:25-CR-00126-JST<br><br>**MOTION WITH THREE REQUESTS DESIGNED TO MAKE THE TRIAL MORE EFFICIENT**<br><br>Hearing Date: December 11, 2026<br>Time: 2:00 pm<br>Judge: Hon. Jon S. Tigar |

PLEASE TAKE NOTICE that on December 11, 2026, or as soon thereafter as this matter may be heard, in the courtroom of the Honorable Jon S. Tigar, United States District Judge, undersigned counsel for defendant Mattson will ask the Court to enter three orders designed to make the trial in this case more efficient: (1) an order requiring that all exhibit lists, and all exhibits that are exchanged, approximate as closely as reasonably possible, the exhibits actually offered at trial; (2) an order requiring each party to provide notification of the

upcoming witnesses it intends to call (i) in the form of a list of the likely order in which witnesses will be called, 5 days before trial for the government's list, and, for any defense list, two days before the end of the government's case in chief; (ii) with prompt updates to the other side of any changes in its anticipated order, and prompt updates of any information it provides to its witnesses of when it anticipates they will be called; and (iii) further notification, at the end of the evidence at trial each day, of the witnesses it will call on the next two trial days, with a minimum of 48-hours notice, with Saturday and Sunday not counting; and (3) an order that all Rule 16, *Brady, Giglio* and *Jenks* material must be produced 30 days before the pretrial conference.

This motion is based on this notice, the accompanying memorandum of points and authorities, the Declaration of Michael J Shepard, the pleadings and records on file, and such evidence and argument as may be presented in connection with any hearing on this matter.

DATED: November 17, 2026

Respectfully Submitted,
**FARMER BROWNSTEIN JAEGER GOLDSTEIN SIEGEL & SHEPARD LLP**

By: *_/s/ Michael J. Shepard_*
Michael J. Shepard
Attorney for Defendant
Kenneth W. Mattson